UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff Elisabet Principe, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

Dated this 4th day of October 2023.

                                                  s/ Lunar Alvey, Esq.
Lunar Claire Alvey, Esq. (713473)
luna@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*