UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, SB PORT VENTURES LLC

Plaintiff, Elisabet Principe files the Return of Service on Defendant, SB Port Ventures LLC.

c/o MDO Corporate Services LLC (served on October 6, 2023).

Dated this 9th day of October 2023.

                                              s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23763-JEM

Plaintiff:
**ELISABET PRINCIPE**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of October, 2023 at 3:43 pm to be served on **SB PORT VENTURES LLC. c/o MDO CORPORATE SERVICES LLC, its Registered Agent, 175 S.W. 7 Street, Suite 1900, Miami, FL 33130**.

I, Joseph Onega, do hereby affirm that on the **6th day of October, 2023** at **11:40 am, I:**

**CORPORATE SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** to **Jaimary De La Rosa, receptionist at shared office space**, a person in charge at the recipient's **VIRTUAL OFFICE, EXECUTIVE OFFICE and/or MINI SUITE** location at the address of **175 S.W. 7 Street, Suite 1900, Miami, FL 33130**; after determining that the person or business to be served maintains a virtual office, or an executive office or mini suite at that location, in compliance with FL Statute §48.031(6)(a).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001637