UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, NOMI HEALTH, INC.**

Plaintiff, Elisabet Principe files the Return of Service on Defendant, NOMI HEALTH, INC. c/o CT CORPORATION SYSTEM (served on October 11, 2023).

Dated this 12th day of October 2023.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23763-JEM

Plaintiff:
**ELISABET PRINCIPE**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of October, 2023 at 3:43 pm to be served on **NOMI HEALTH, INC. c/o CT CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Ernesto Avila, do hereby affirm that on the **11th day of October, 2023** at **1:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Donna Moch, section head of process service** as **Authorized Employee Of Registered Agent** for **NOMI HEALTH, INC.**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 62, Sex: F, Race/Skin Color: Caucasian, Height: 5'2", Weight: 160, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001635