UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Elisabet Principe, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Elisabet Principe – Plaintiff;

    b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)    Lunar Claire Alvey, Esq. - counsel for Plaintiff;

    d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    e)    Nomi Health, Inc. – Defendant;

    f)    Andrew McKinley, Esq. – counsel for Defendant Nomi Health, Inc.;

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

  g) Alex W. Simon, Esq. – counsel for Defendant Nomi Health, Inc.;

  h) Seyfarth Shaw LLP – counsel for Defendant Nomi Health, Inc.;

  i) SBP Staffing and Recruiting, LLC;

  j) SB Port Ventures, LLC;

  k) Marlene Quintana, Esq. – counsel for Defendants SBP Staffing and Recruiting, LLC and SB Port Ventures, LLC;

  l) Fabian Ruiz, Esq. – counsel for Defendants SBP Staffing and Recruiting, LLC and SB Port Ventures, LLC and

  m) Trixie Belo-Osagi.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

  None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

  None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

  Plaintiff, Elisabet Principe.

**5.** **Check one of the following:**

  _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

\_\_\_\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 27th day of October 2023.

s/ Lunar Alvey, Esq.  
Lunar Claire Alvey, Esq. (713473)  
luna@fairlawattorney.com  
FAIRLAW FIRM  
135 San Lorenzo Avenue  
Suite 770  
Coral Gables, FL 33146  
Tel: (305) 230-4884  
*Counsel for Plaintiff*