UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Elisabet Principe, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

*Mayelin Placeres v. Nomi Health, Inc., SBP Staffing and Recruiting, LLC, SB Port Ventures, LLC, and Trixie Belo-Osagie* – Case No. 23-CV-23843-ALTMAN.

Respectfully submitted this 27th day of October 2023.

                                                s/ Lunar Alvey, Esq.
                                                Lunar Claire Alvey, Esq. (713473)
                                                luna@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Plaintiff*