**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:23-CV- 23763**

ELISABET PRINCIPE,

    Plaintiff,

v.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.

## DEFENDANT NOMI HEALTH, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nomi Health, Inc. hereby submits this Corporate Disclosure Statement and Certificate of Interested Parties.

Nomi states that it has no corporate parent. No publicly held corporation owns 10% or more of Nomi's stock.

Nomi further identifies the following interested parties:

1. Elisabet Principe;
2. FairLaw Firm;
3. Brian H. Pollock, Esq.;
4. Lunar Alvey, Esq.;
5. SBP Staffing and Recruiting LLC;
6. SB Port Ventures LLC;
7. Trixie Belo-Osagie;
8. Any counsel who appears for SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and/or Trixie Belo-Osagie;

9. Nomi Health, Inc.;

10. Seyfarth Shaw LLP; and

11. Andrew M. McKinley, Esq.

Respectfully submitted this 1st day of November 2023,

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant Nomi Health, Inc.*