UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, TRIXIE BELO-OSAGIE

Plaintiff, Elisabet Principe files the Return of Service on Defendant, Trixie Belo-Osagie (served on November 14, 2023).

Dated this 15th day of November 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*