**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23763-JEM

Plaintiff: **ELISABET PRINCIPE**
vs.
Defendant: **NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 4th day of October, 2023 at 3:43 pm to be served on **TRIXIE BELO-OSAGIE, 1643 Brickell Avenue, #2001, Miami, FL 33129**.

I, Joseph Onega, do hereby affirm that on the **14th day of November, 2023** at **12:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **TRIXIE BELO-OSAGIE** at the address of: **1643 Brickell Avenue, #2001, Miami, FL 33129**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Additional Information pertaining to this Service:**
10/6/2023  7:20 am  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. This is an apartment. No answer at the door.
10/10/2023  7:42 pm  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement. The neighbor has no information.
10/13/2023  9:04 pm  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement. Security will not give me any information.
10/16/2023  11:29 am  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
10/20/2023  8:01 pm  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
10/24/2023  8:09 am  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
10/28/2023  4:00 pm  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
10/30/2023  6:46 pm  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
11/2/2023  7:44 am  Attempted service at 1643 Brickell Avenue, #2001, Miami, FL 33129. No answer and no movement.
11/14/2023  12:10 pm  When I arrived an 80 year old black female answered the door. I asked for Trixie Belo-Osagie and she answered that Trixie is home and she will get her. After a minute, the woman in the attached photos who is listed as Trixie Belo-Osagie, came to the door. Her hair was the same but she lost a little weight. I greeted her as Trixie Belo-Osagie becasue I recognized her from the pictures found online, and told her I was serving her with process. She said hold on I'm going to go find her and closed the door. She never came back out. After waiting I left the summons at the front door. Photos are attached.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 145, Hair: Light Brown, Glasses: Y

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001638

**Exhibit "A" to Return of Service**
United States District Court
Southern District of Florida
Case Number: 1:23-CV-23763-JEM



**Exhibit "A" to Return of Service**
United States District Court
Southern District of Florida
Case Number: 1:23-CV-23763-JEM



**Exhibit "A" to Return of Service**
United States District Court
Southern District of Florida
Case Number: 1:23-CV-23763-JEM



**Exhibit "A" to Return of Service**
United States District Court
Southern District of Florida
Case Number: 1:23-CV-23763-JEM

