UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING
AND RECRUITING LLC, SB PORT
VENTURES LLC, AND TRIXIE BELO-
OSAGI,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**

Plaintiff, Elisabet Principe, notices the Court and all parties of the filing of the attached Consent to Join.

Dated this 17th day of November 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*