UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## DECLARACIÓN Y AVISO

De conformidad con 28 USC § 1746, por la presente hacer la siguiente declaración:

1. Soy mayor de 18 años de edad y soy capaz de hacer esta declaracion. Esta declaracion es basada en mis conocimientos personales.

2. De conformidad con 29 U.S.C. §216(b), doy mi consentiemiento para ejercer como demandante en esta accion bajo FLSA.

3. Estuve empleada por NoMi Health, Inc., SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagi desde aproximadamente julio 2021 hasta 16 de enero 2022.

4. No me pagaron todos los salarios por horas extras que gané mientras trabajaba para los Demandados.

5. Estoy de acuerdo con estar vinculado a cualquier decisión en este caso.

Firma: _____
Elisabet Principe (Nov 16, 2023 17:21 GMT+1)

Nombre:     Elisabet Principe

Fecha:     Nov 16, 2023

---

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

    Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

    1.  I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

    2.  Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

    3.  I was employed by NoMi Health, Inc., SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagi, from approximately July 2021 to January 16, 2022.

    4.  I was not paid all the overtime wages I earned while working for the Defendants.

    5.  I agree to be bound by any decision in this case.

Signed: _____
Elisabet Principe (Nov 16, 2023 17:21 GMT+1)

Printed Name:    Elisabet Principe

Dated:    Nov 16, 2023