**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-23763-JEM**

ELISABET PRINCIPE,

      Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC and TRIXIE BELO-OSAGIE,

      Defendants.

_____/

**DEFENDANTS SBP STAFFING AND RECRUITING, LLC'S AND SB PORT VENTURES, LLC'S CERTIFICATE OF**
**INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SBP Staffing and Recruiting, LLC ("SBP") and SB Port Ventures, LLC ("SB Port") (collectively, "Defendants"), by and through its undersigned counsel, hereby makes the following disclosures:

Defendants do not have any parent corporation, and there is no publicly held corporation that owns 10% or more of their stock. Defendants further identify the following interested parties:

    a.    Plaintiff, Elisabet Principe

    b.    Brian H. Pollock, Esquire, Counsel for Plaintiff

    c.    Lunar Alvey, Esquire, Counsel for Plaintiff

    d.    FairLaw Firm, Counsel for Plaintiff

    e.    Defendant, Nomi Health, Inc.

    f.    Seyfarth Shaw LLP, Counsel for Defendant, Nomi Health, Inc.

    g.    Andrew McKinley, Esquire, Counsel for Defendant, Nomi Health, Inc.

    h.     Defendant, SBP Staffing and Recruiting, LLC

    i.     Defendant, SB Port Ventures, LLC

    j.     GrayRobinson, P.A., Counsel for Defendant SBP Staffing and Recruiting, LLC and SB Port Ventures, LLC

    k.     Marlene Quintana, B.C.S., Esquire, Counsel for Defendants, SBP Staffing and Recruiting, LLC and SB Port Ventures, LLC

    l.     Fabian A. Ruiz, Esquire, Counsel for Defendants SBP Staffing and Recruiting, LLC and SB Port Ventures, LLC

Respectfully submitted this 27th day of November, 2023,

          **GRAY ROBINSON, P.A.**
          333 SE 2nd Avenue, Suite 3200
          Miami, Florida 33131
          Telephone: (305) 416-6880
          Facsimile:  (305) 416-6887

          By:   */s/ Fabian A. Ruiz*
                Marlene Quintana, B.C.S.
                Florida Bar No. 88358
                marlene.quintana@gray-robinson.com
                Fabian A. Ruiz
                Florida Bar No. 117928
                fabian.ruiz@gray-robinson.com
                *Counsel for Defendants*
                *SBP Staffing and Recruiting, LLC*
                *SB Port Ventures LLC*

#52233814 v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Fabian A. Ruiz*
*Counsel for Defendants*
*SBP Staffing and Recruiting, LLC*
*SB Port Ventures LLC*

#52233814 v1