UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

**DECLARACIÓN Y AVISO**

De conformidad con 28 USC § 1746, por la presente hacer la siguiente declaración:

1. Soy mayor de 18 años de edad y soy capaz que hacer esta declaracion. Esta declaracion es basada en mis conocimientos personales.

2. De conformidad con 29 U.S.C. §216(b), doy mi consentiemiento para ejercer como demandante en esta accion bajo FLSA.

3. Estuve empleado por NoMi Health, Inc., SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagi desde aproximadamente 10/9/2022 hasta 9/29/2022.

4. No me pagaron todos los salarios por horas extras que gané mientras trabajaba para los Demandados.

5. Estoy de acuerdo con estar vinculado a cualquier decisión en este caso.

Firma: _iyelen espinosa_
iyelen espinosa (Nov 27, 2023 22:16 EST)

Nombre: _Iyelin Espinosa Tapanes_

Fecha: _Nov 27, 2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by NoMi Health, Inc., SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagi, from approximately Oct. 9, 2021, to Sept. 29, 2022.

4. I was not paid all the overtime wages I earned while working for the Defendants.

5. I agree to be bound by any decision in this case.

Signed: *iyelen espinosa*
iyelen espinosa (Nov 27, 2023 22:16 EST)

Printed Name:    Iyelin Espinosa Tapanes

Dated:    Nov 27, 2023