UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,
For Herself and Others Similarly Situated

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
**(Rose-Line Servius)**

    Plaintiff, Elisabet Principe, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Rose-Line Servius**.

    Dated this 28th day of November 2023.

                                                    s/Brian H. Pollock, Esq.
                                                    Brian H. Pollock, Esq.
                                                    Fla. Bar No. 174742
                                                    brian@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff(s)*