UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV- 23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,
For Herself and Others Similarly Situated

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.
_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by NoMi Health, Inc., SBP Staffing and Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagi, from approximately August 4 2021, to August 22, 2022.

4. I was not paid all the overtime wages I earned while working for the Defendants.

5. I agree to be bound by any decision in this case.

Signed: _rose charles (Nov 28, 2023 10:13 EST)_

Printed Name:    Rose-Line Servius

Dated: Nov 28, 2023