UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23763-MARTINEZ

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## NOTICE OF DISSOCIATION OF LUNAR CLAIRE ALVEY, ESQ. AS COUNSEL FOR PLAINTIFF

    Lunar Claire Alvey, Esq., notifies the Court and all parties that she has dissociated herself from FairLaw Firm and is no longer of record for Plaintiff, Elisabet Principe, in this action. Brian H. Pollock, Esq. and FairLaw Firm remain counsel for Plaintiff.

    Dated this 17th day of January 2024.

                                                      s/ Lunar Claire Alvey, Esq.
                                                      Lunar Claire Alvey, Esq.
                                                      Fla. Bar No. 713473
                                                      luna@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:    305.230.4884
                                                      *Counsel for Plaintiff*