UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23763-CIV-MARTINEZ

ELISABET PRINCIPE,

    Plaintiff,

v.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**THIS CAUSE** came before the Court on Lunar Claire Alvey, Esq.'s Motion to Withdraw as Attorney for Plaintiff ("Motion to Withdraw"), (ECF No. 27.) After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion to Withdraw, (ECF No. 27), is **GRANTED**.

2. Lunar Claire Alvey, Esq. **SHALL BE PERMITTED** to withdraw and is hereby relieved of any further responsibility as counsel for Plaintiff in this matter. The Clerk is **DIRECTED** to remove Lunar Claire Alvey, Esq. from the CM/ECF electronic list of counsel to be served in this action.

3. Plaintiff remains represented by Brian H. Pollock, Esq. and FairLaw Firm

**DONE AND ORDERED** in Chambers in Miami, Florida, this _18_ day of January, 2024.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record