UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
and TRIXIE BELO-OSAGI,

    Defendants.
_____/

## NOTICE OF APPEARANCE BY P. BROOKS LAROU, ESQ.

P. Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Elisabet Principe, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing document was filed through eFiling on this 5th day of February, 2024 on Marlene Quintana, Esq. and Fabian A. Ruiz, Esq., GRAY-ROBINSON, 333 S.E. 2nd Ave., Ste. 3200, Miami, FL 33131, marlene.quintana@gray-robinson.com and fabian.ruiz@gray-robinson.com, as *Counsel for Defendant SBP Staffing and Recruting LLC and SB Port Ventures LLC*, and Andrew M. McKinley, Esq., SEYFARTH SHAW LLP, 1075 Peachtree St., N.E., Ste. 2500, Atlanta, GA, amckinley@seyfarth.com, as *Counsel for Defendant Nomi Health, Inc.*

                                            s/ P. Brooks LaRou, Esq.
                                            P. Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, FL 33146

                                                                                                              Tel: (305) 230-4884
*Counsel for Plaintiff*