UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-JEM

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., *et al.*

_____/

## **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

The undersigned attorney, Patrick Brooks LaRou, hereby notifies the Court and all parties and counsel of record of his change of law firm, address, email, and telephone number. All pleadings, orders, notices, correspondence, and other filings related to this action should be sent to the undersigned at the following:

| | |
|---|---|
| Email: | brooks@fairlawattorney.com |
| Law Firm: | FairLaw Firm |
| Address: | 135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146 |
| Telephone: | (305) 928-4893 |

Respectfully submitted this 22nd day of February 2024.

                                            s/ Patrick Brooks LaRou, Esq.
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Ave, Suite 770
                                            Coral Gables, FL 33146
                                            Tel: (305) 928-4893
                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed through CM/ECF this 22nd day of February, 2024 on Marlene Quintana, Esq. and Fabian A. Ruiz, Esq., GRAY-ROBINSON, 333 S.E. 2nd Ave., Ste. 3200, Miami, FL 33131, marlene.quintana@gray-robinson.com and fabian.ruiz@gray-robinson.com, as *Counsel for Defendant SBP Staffing and Recruting LLC and SB Port Ventures LLC*, and Andrew M. McKinley, Esq., SEYFARTH SHAW LLP, 1075 Peachtree St., N.E., Ste. 2500, Atlanta, GA, amckinley@seyfarth.com, as *Counsel for Defendant Nomi Health, Inc.*

                                                s/ Patrick Brooks LaRou, Esq.
                                                Patrick Brooks LaRou, Esq. (1039018)
                                                brooks@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue, Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Plaintiffs*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com