UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-MARTINEZ/BECERRA

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, AND
TRIXIE BELO-OSAGI,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
<u>MOTION FOR CONDITIONAL CERTIFICATION</u>**

    THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Motion for Conditional Certification, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

    Plaintiff shall file any Motion for Conditional Certification of a Collective Action no later than March 11, 2024.

    DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of February 2024.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*