UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23763-MARTINEZ

ELISABET PRINCIPE,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Elisabet Principe, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 20th day of March 2024.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff(s)*
