UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23763-CIV-MARTINEZ

ELISABET PRINCIPE,

    Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before this Court on Plaintiff's Notice of Settlement, (ECF No. 38), which states that the Parties have reached a full settlement in this matter. Accordingly, it is

It is hereby **ORDERED AND ADJUDGED** as follows:

1. **On or before thirty days from the date of this Order**, the Parties shall file a Motion for Settlement Approval and Order of Dismissal that complies with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). **The proposed settlement shall be on the record.** *See Mercado v. Snyder*, No. 2:15-cv-14101, 2015 WL 11142629, at *1 (S.D. Fla. Dec. 11, 2015); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 122-7, 1245–46 (M.D. Fla. 2010).

2. The Clerk is **DIRECTED** to **DENY** all pending motions as **MOOT**.

3. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of March, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of record