UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23763-CIV-MARTINEZ

ELISABET PRINCIPE, for herself
and others similarly situated,

    Plaintiff,

v.

NOMI HEALTH, INC., *et al.*,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before this Court on the Parties' Joint Motion to Approve Settlement and Dismiss with Prejudice (the "Motion"). (ECF No. 40). The Parties have, contemporaneously with the Motion, filed a copy of a settlement agreement (the "Settlement Agreement") for this Court's review. (ECF No. 40-1.) After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.

    Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 40), is **GRANTED**.
2. The Settlement Agreement, (ECF No. 40-1), is **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __18__ day of April, 2024.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record